IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL PADILLA, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

21ST CENTURY ONCOLOGY OF CALIFORNIA, A MEDICAL CORPORATION; 21ST CENTURY ONCOLOGY HOLDINGS, INC.; and DOES 1 through 20, inclusive,

    Defendant.

No. C 16-03711 WHA

**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXTENSION**

    The Court is in receipt of defendants' motion for an extension to respond to plaintiff's complaint until thirty days after a ruling on the motion to transfer. Defendants' deadline for responding to plaintiff's complaint is on July 29, 2016. This motion should have been made sooner. Regardless of whether the case is transferred, defendants will eventually need to respond to plaintiff's complaint. There will be no waste in beginning that work. Given that the deadline is in less than a week, however, this order grants an additional two weeks for defendants to respond to plaintiff's complaint. It is unwarranted to postpone work that will

eventually need to be done. Defendants shall therefore respond to plaintiff's complaint by **August 12, 2016.**

**IT IS SO ORDERED.**

Dated: July 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE