United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES CORBEL and ROXANNE HAATVEDT, individually and on behalf of a class of similarly-situated individuals,

    Plaintiffs,

v.

21ST CENTURY ONCOLOGY OF CALIFORNIA, A MEDICAL CORPORATION; 21ST CENTURY ONCOLOGY HOLDINGS, INC.; and DOES 1 through 10, inclusive,

    Defendants.

AND RELATED CASE.

No. C 16-02944 WHA

*Related Case:*

Case No. 16 03711WHA

**ORDER DENYING APPLICATION FOR PRO HAC VICE**

The pro hac vice applications of Paul G. Karlsgodt and Casie D. Collignon are **DENIED** for failing to comply with Civil Local Rule 11–3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the pro hac vice form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas).

While the application fees do not need to be paid again, the applications cannot be processed until corrected forms are submitted.

**IT IS SO ORDERED.**

Dated: August 26, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2