United States District Court
For the Northern District of California

1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   JAMES CORBEL and ROXANNE HAATVEDT,
     individually and on behalf of a class of
11   similarly-situated individuals,

12              Plaintiffs,

13    v.                                                No. C 16-02944 WHA

14   21ST CENTURY ONCOLOGY OF CALIFORNIA,              *Related Case:*
     A MEDICAL CORPORATION; 21ST CENTURY
15   ONCOLOGY HOLDINGS, INC.; and DOES 1               Case No. 16 03711WHA
     through 10, inclusive,
16
                Defendants.
17   _____/        **NOTICE RE OPPORTUNITIES
                                                       FOR YOUNG ATTORNEYS**
18   AND RELATED CASE.

19   _____/

20          Counsel will please keep in mind the need to provide arguments and courtroom

21   experience to the next generation of practitioners.  The Court will particularly welcome any

22   lawyer with four or fewer years of experience to argue the motions.

23

24          **IT IS SO ORDERED.**

25

26   Dated:  September 7, 2016.

27                                                     WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE
28